# United States Court of Appeals for the Fifth Circuit

———————

No. 25-20351

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2026

Lyle W. Cayce
Clerk

In the Matter of Scott Vincent Van Dyke,

*Debtor*,

Scott Vincent Van Dyke,

*Appellant*,

*versus*

Mary Katherine Alonso; Rudolph Culp; Sarah Patel Pacheco,

*Appellees*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-1093

———————————————————

Before Haynes, Higginson, and Ho, *Circuit Judges*.

Per Curiam:[*]

Affirmed. *See* 5th Cir. R. 47.6.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.